No. 87–6702. AGUILAR v. TEXAS. Ct. App. Tex., 11th Dist. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 6, 1988, within which to

pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.